United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHELSIE RUBIN *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. 4:21-CV-1148 |
| VS. § | |
| § | |
| DE LA CRUZ *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## **ORDER**

Before the Court are Defendant CP 1601 Baytown, LLC's ("CP 1601") unopposed request for pre-motion conference **(Dkt. 37)** and Cypress Point EP, LLC and Cypress Point Management, LLC's unopposed request for pre-motion conference. **(Dkt. 41)**. The Court finds that a pre-motion conference is not necessary and grants leave for Plaintiffs to amend their complaint, in response to CP 1601's November 1, 2021 request for pre-motion conference and Cypress Point EP, LLC and Cypress Point Management, LLC's November 8, 2021 request for pre-motion conference, by the close of business on **December 15, 2021**.

Defendants' Motions to Dismiss are due within **21 days** of Plaintiffs' filing of their third amended complaint, and Plaintiffs' responses to Defendants' Motions to Dismiss are due within **21 days** of the dates on which Defendants file their Motions to Dismiss. Defendants' reply briefs are due within **seven days** of the dates on which Plaintiffs file their responses. Sur-replies are allowed only with leave of court.

SIGNED at Houston, Texas this 29th day of November, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE