IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHELSIE CIERRA RUBIN and CAMERON DAISHAUN JANUARY, Personally, and as the Personal Representatives of the ESTATE OF PAMELA SHANTAY TURNER | § § § § § § | 4:21-cv-01148 Jury Demanded |
| Plaintiffs, | § § | |
| v. | § § | |
| JUAN PEDRO DE LA CRUZ, CITY OF BAYTOWN, TEXAS, CP 1601 BAYTOWN, LLC, CYPRESS POINT EP I, LLC, CYPRESS POINT MANAGEMENT, LLC, and CYPRESS POINT EQUITY PARTNERS, LLC | § § § § § § § § | |
| Defendants | § § | |

### AGREED STIPULATION OF DISMISSAL

Plaintiffs Chelsie Cierra Rubin and Cameron Daishaun January, Personally, and as the Personal Representatives of the Estate of Pamela Shantay Turner ("Plaintiffs") and Defendants CP 1601 Baytown, LLC, Cypress Point EP I, LLC, Cypress Point Management, LLC, and Cypress Point Equity Partners, LLC (collectively "Cypress Point") file their Agreed Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is Plaintiffs' intent to dismiss all causes of action against Cypress Point with prejudice. Each party shall bear their own costs and attorney's fees.

Respectfully submitted,

**JACOB LITIGATION, INC.**

*/s/ Devon M. Jacob w/permission IRB*

_____
Devon M. Jacob
PA Bar No. 89182
P.O. Box 837
Mechanicsburg, Pennsylvania   17055
717.796.7733 – Telephone
djacob@jacoblitigation.com



**DONATO, BROWN, POOL & MOEHLMANN, PLLC**

_____
Ian R. Beliveaux
Attorney-in-Charge
State Bar No. 24045473
Southern District ID: 590197
irb@donatobrown.com
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
713.877.1112 - Telephone
713.877.1138 - Facsimile


**ATTORNEY FOR CYPRESS POINT EQUITY PARTNERS, LLC, CP 1601 BAYTOWN, LLC, CYPRESS POINT MANAGEMENT, LLC, AND CYPRESS POINT EP I, LLC**

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/S/ NORMAN RAY GILES W/ PERMISSION IRB*
_____
William S. Helfand
State Bar No. 09388250
Southern District ID: 8791
Norman Ray Giles
State Bar No. 24014084
Southern District ID: 26966
24 Greenway Plaza, Suite 1400
Houston, Texas   77046
bill.helfand@lewisbrisbois.com

COUNSEL FOR JUAN PEDRO DE LA CRUZ

GORDON REES SCULLY MANSUKHANI, LLP

*/S/ STEVEN D. SELBE W/ PERMISSION IRB*
_____
Steven D. Selbe
State Bar No. 18004600
Southern District ID: 18003
Heidi J. Gumienny
State Bar No. 24036696
1900 West Loop South, Suite 1000
Houston, Texas   77027
713.961.3366 – Telephone
sselbe@grsm.com

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure via ECM/Pacer on June 3, 2022.

Devon Jacob
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, Pennsylvania   17055

Benjamin L. Crump
BEN CRUMP LAW, PLLC
122 S. Calhoun Street
Tallahassee, Florida   32301

COUNSEL FOR PLAINTIFFS

William S. Helfand
Norman Ray Giles
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas   77046

COUNSEL FOR DEFENDANT JUAN DE LA CRUZ

Steven D. Selbe
Heidi J. Gumienny
GORDON, REES, SCULLY & MANSUKHANI
1900 West Loop South, Suite 1000
Houston, Texas   77027

COUNSEL FOR CITY OF BAYTOWN

                                                             _____
                                                              Devon M. Jacob