```
 1                    IN THE UNITED STATES
 2                   DISTRICT COURT FOR THE
 3         SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)
 4
 5   CHELSIE CIERRA RUBIN, ET AL
 6   VERSUS              CASE NO.: 4:21-CV-00148
 7   JUAN PEDRO DE LA CRUZ, ET AL
 8
 9   FURTHER CERTIFICATION UNDER RULE 203 TRCP
10   The original deposition of CITY OF BAYTOWN __ was  X  was not
11   returned to the deposition officer.
12   If returned, the attached Changes and Signature page contains
13   any charges and the reasons therefor;
14   If returned, the original deposition was delivered to
15   _____, custodial attorney;
16   That $1,608.75    is the deposition officer's charges to
17   Devon Jacob    , attorney for the
18   Plaintiff      , for preparing the original deposition
19   transcript and any copies of exhibits;
20   That the deposition was delivered in accordance with Rule
21   203.3, and that a copy of this certificate was served on all
22   parties shown herein on and filed with the Clerk.
23   Certified to by me this 23rd day of June    , 2022.
24
25
```

United States Courts
Southern District of Texas
FILED
JUL 25 2022
Nathan Ochsner, Clerk of Court

*Lisa Ann Lopez*

Lisa Ann Lopez, No. 818

Powerful LITIGATION SUPPORT

COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEO CONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS

NAEGELI
DEPOSITION & TRIAL

Corporate Headquarters
111 SW Fifth Avenue, Suite 2020
Portland, OR 97204

(503) 227-1544
(800) 528-3335

NAEGELIUSA.COM

June 23, 2022

Southern District of Texas
Clerk of Court
Nathan Ochsner
P.O. Box 61010
Houston, TX 77208

***RE:*** **Rubin Vs. De La Cruz**
**Case #4:21-cv-001148**
**Further Certification**
**Deponent: City of Baytown and Juan De La Cruz**
**Taken: April 25, 2022**

Dear Clerk:

Enclosed are the Further Certification Under Rule 203 TRCP for the depositions of City of Baytown and Juan De La Cruz taken on April 25, 2022. This is being sent for filing purposes with the court.

If there are any questions, please let me know.

Thank you,

Alicia J. Dahlem

Alicia J. Dahlem
Transcript and Media Manager

Enclosures
Cc: Devon Jacob (Electronically)
Steven Selbe (Electronically)
Norman Giles (Electronically)
Ian Bellveaux (Electronically)

**USPS PRIORITY MAIL**

FROM:
NAEGELI
DEPOSITION & TRIAL
CORPORATE HEADQUARTERS
111 SW FIFTH AVENUE
SUITE 2020
PORTLAND, OR 97204

USPS #91149023072248985594 22
SOUTHERN DISTRICT OF TEXAS
ATTN: NATHAN OCHSNER, CLERK
PO BOX 61010
HOUSTON, TX 77208

United States Courts
Southern District of Texas
FILED
JUL 25 2022
Nathan Ochsner, Clerk of Court

114 9023 0722 4898 5594 22

0411L10233761

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP