United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS (Houston Division)

| | |
|---|---|
| **CHELSIE CIERRA RUBIN, et al.,** | No. 4:21-cv-1148 |
| Plaintiffs, | District Judge: George C. Hanks, Jr. |
| | Magistrate Judge: Andrew M. Edison |
| v. | |
| | CIVIL ACTION – LAW |
| **JUAN PEDRO DE LA CRUZ, et al.,** | JURY TRIAL DEMANDED |
| Defendants. | |

### (Jointly Proposed) AMENDED DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

**9/10/2021**   **DEADLINE TO AMEND PLEADINGS** After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(l)(B).

**9/10/2021**   **DEADLINE TO ADD NEW PARTIES** After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

**4/14/2023**   Identification of plaintiffs' experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

**5/12/2023**   Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

**6/9/2023**   **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

**6/20/2023**     **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison.

**7/21/2023**     **ALL OTHER PRETRIAL MOTIONS**

**9/15/2023**     **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

**9/22/2023**     **DOCKET CALL** is set at __3:00__ p .m. Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

**October/November**    **JURY/ BENCH TRIAL** Case is subject to being called to trial on short notice during this month.

    Estimated Trial Time: 5 days.

    Signed in Houston, Texas this 30th day of __January__, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE