United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHELSIE CIERRA RUBIN and<br>CAMERON DAISHAUN JANUARY,<br>personally, and as the Personal<br>Representatives of the ESTATE OF<br>PAMELA SHANTAY TURNER | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-01148 |
| Plaintiffs | §<br>§ | |
| v. | §<br>§ | |
| JUAN PEDRO DE LA CRUZ, CITY OF<br>BAYTOWN, TEXAS, CYPRESS POINT<br>EQUITY PARTNERS, LLC | §<br>§<br>§<br>§ | |
| Defendants | | |

ORDER

The Court, having considered the Parties' Joint Motion for Continuance of Pretrial Filings and Docket Call, finds the motion should be **GRANTED.** It is therefore;

**ORDERED** that the deadlines for filing the Joint Pretrial Order, exhibits thereto, and Motions in Limine shall be continued for three weeks or a reasonable amount of time after the Court rules on the pending dispositive motions for summary judgment in this case.

It is further **ORDERED** that the Court will reschedule Docket Call after the Court issues its ruling on the defendants' motions for summary judgment.

Signed this the __15th__ day of September, 2023.

George C. Hanks, Jr.
United States District Judge