United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHELSIE CIERRA RUBIN, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01148 |
| § | |
| JUAN PEDRO DE LA CRUZ, *et al.*, § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order (Dkt. 95) entered in this case, Plaintiffs' excessive force claim against Juan Pedro De La Cruz under the Fourth Amendment is **DISMISSED WITH PREJUDICE**; Plaintiffs' claims against the City of Baytown under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973 are **DISMISSED WITH PREJUDICE**; and Plaintiffs' state-law claims are **DISMISSED WITHOUT PREJUDICE**.

De La Cruz's Motion to Exclude, or Alternatively Limit, Testimony of Dr. Roy G. Taylor is **DENIED**. Each party shall bear its own fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on December 12, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1